E. BRYAN WILSON
Acting United States Attorney

RYAN D. TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Ryan.Tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN DALBEC, RAIHANA NADEM, a/k/a RAIHANA DALBEC, and BRIAN LOWELL NASH II, <br><br> Defendants. | No. 4:21-cr-00011-RRB-SAO |

### MOTION TO SEAL INDICTMENT
### <u>FILED UNDER SEAL</u>

The United States asks the court to seal the Indictment in this case pursuant to Fed. R. Crim. P. 6(e)(4).

The charges in the Indictment are the product of an investigation into bribery and money laundering offenses. Law enforcement has developed a plan to serve the arrest warrants that will be issued in this case cases in a manner that will minimize the risk of

injury or death to the arresting agents, the defendants, and the public. However, the successful execution of this plan depends on the defendants remaining unaware of it.

It is believed that the defendants in this case are currently located outside of the District of Alaska. Thus, if the existence of the investigation is revealed through public disclosure of any of the Indictments prior to the defendants' apprehension, it is likely that this information will quickly be disseminated. This information, in turn, will allow the defendants to flee, destroy or conceal evidence, and prepare to violently resist arrest.

For these reasons, the United States asks the court to seal the Indictment in this case and any associated arrest warrant for a period of 30 days, and to find that the public interest in access to the Indictment is outweighed by interests of law enforcement interests. If the need for secrecy as outlined above passes before the expiration of the 30 days period, the government will promptly file an appropriate motion to unseal.

RESPECTFULLY SUBMITTED March 17, 2021 at Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ Ryan Tansey
RYAN TANSEY
Assistant United States Attorney
United States of America

U.S. v. Dalbec et al
Motion to Seal